OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

UNITED STATES POSTAGE
PITNEY BOWES

02 1M
0004279596
MAILED FROM ZIP CODE 78701

$ 00.26⁵
JAN 23 2015

1/21/2015
TURNER, ALBERT JAMES    Tr. Ct. No. 10-DCR-054233    WR-80,559-02

On this day, the original application for writ of mandamus has been received and presented to the Court.

Abel Acosta, Clerk

*Refused by Sheriff... Return to Sheriff...*

I/M Refused
2-2-15 A.B.I 2SEP 6

ALBERT JAMES TURNER 1999545

Fort ~~Bend~~ (Jail)
1410 Ransom Dr
Richmond TX 77469

*Return to Sender
Refused by Sheriff's Office*

VAC